IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § | |
| *Plaintiff*, | § § | Civil Action No. 2:20-CV-231 |
| v. | § § | |
| SWIFT TECHNICAL SERVICES, LLC D/B/A AIRSWIFT, | § § § | |
| *Defendant*. | § § | |

## UNOPPOSED MOTION TO DISMISS WITH PREDJUDICE

Plaintiff Equal Employment Opportunity Commission ("EEOC") hereby files this motion to dismiss this cause with prejudice and with each party bearing their own costs and attorneys' fees.

### I. ARGUMENT

Plaintiff filed this lawsuit under the ADAAA on behalf of Joel Saenz, a former employee of Defendant who filed a Charge of Discrimination with the EEOC after Defendant terminated his employment. (Dkt. No. 1). Defendant, Swift Technical Services, LLC, ("Defendant" or "Airswift") filed a Motion for Judgment on the Pleadings on November 30, 2020. (Dkt. No. 8). Based on a review of the motion and it exhibits, and in consultation with Defendant's counsel, the EEOC became aware of additional facts and has decided not to pursue the case.

### II. Conclusion

For the foregoing reasons, the Court should grant this Unopposed Motion to Dismiss with Prejudice.

Respectfully submitted,

                                                    **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

                                                    By:      */s/ Philip Moss*
                                                                Sharon Fast Gustafson
                                                                General Counsel

                                                                Robert Canino
                                                                Acting Deputy General Counsel

                                                                Edward Juarez
                                                                Acting Regional Attorney

                                                                Philip Moss
                                                               Trial Attorney

                                                               Equal Employment Opportunity Commission
San Antonio Field Office
5410 Fredericksburg Rd., Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 640-7570
Facsimile: (210) 281-7669
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF CONFERENCE**

Plaintiff conferred with counsel for Defendant on December 18, 2020 and Defendant indicated that they are unopposed to the relief sought in this motion.

                                                                           /s/ Philip Moss
                                                                           Philip Moss

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 21st day of December 2020, a true and correct copy of the foregoing document was served, via the Court's CM/ECF system, on the following counsel of record:

Michael J. Lombardino, Attorney in Charge
Texas Bar No. 24070159
S.D. Tex. No. 1580053
811 Main Street, Suite 1700
Houston, Texas 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
Email: mlombardino@reedsmith.com

OF COUNSEL

Modinat "Abby" Kotun
Texas Bar No. 24084645
S.D. Tex. ID No. 2470639
akotun@reedsmith.com
Jessyka Linton
Texas Bar No. 24116675
S.D. Tex. No. 3514145
jlinton@reedsmith.com

ATTORNEYS FOR DEFENDANT
SWIFT TECHNICAL SERVICES, LLC

                                                          */s/ Philip Moss*
                                                          Philip Moss