United States District Court
Southern District of Texas
**ENTERED**
December 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-00231 |
| | § | |
| SWIFT TECHNICAL SERVICES, LLC; dba AIRSWIFT, | § § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-named cause is dismissed with prejudice, and each party shall bear its own costs, attorney fees, and expenses.

ORDERED this 21st day of December, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE