United States District Court
Southern District of Texas
**ENTERED**
January 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-231 |
| | § | |
| SWIFT TECHNICAL SERVICES, LLC; dba AIRSWIFT, | § § § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order of Dismissal with Prejudice (D.E. 12), the Court enters final judgment dismissing this action.

ORDERED this 19th day of January, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE